UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MICHAEL DENNIS BARWICK, et al., ) <br> ) <br> Defendant. ) <br> ) <br> ) | Case No.: 5:12-CV-05284-LHK <br><br> ORDER REGARDING NOTICE OF SETTLEMENT |

On May 14, 2013, Plaintiff filed a notice stating that Plaintiff and Defendant Michael D. Barwick, individually and d/b/a Luxe Lounge ("Defendant Barwick"), have entered into a settlement and that Plaintiff and Defendant Barwick will file a stipulation of dismissal. ECF No. 21 at 1. Plaintiff requests that the Court vacate all presently calendared deadlines and appearances. *Id.* at 2. The Court declines to vacate any deadlines or appearances until the parties file a stipulation of dismissal.[1] Accordingly, the Case Management Conference set for May 16, 2013, at 1:30 p.m. remains as set.

**IT IS SO ORDERED.**

Dated: May 14, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

---

[1] The Court notes that, in addition to Defendant Barwick, Plaintiff has named as a Defendant Luxe Sports Bar and Lounge, LLC ("LLC"). To the extent Plaintiff intends to dismiss this case, Plaintiff must also move to dismiss the LLC.

1

Case No.: 5:12-CV-05284-LHK
ORDER REGARDING NOTICE OF SETTLEMENT