United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| J & J SPORTS PRODUCTIONS, INC., | ) | Case No.: 5:12-CV-05284-LHK |
| | ) | |
| Plaintiff, | ) | ORDER CONTINUING CASE |
| v. | ) | MANAGEMENT CONFERENCE |
| | ) | |
| MICHAEL DENNIS BARWICK, et al., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

On May 14, 2013, Plaintiff filed a notice stating that Plaintiff and Defendant Michael D. Barwick, individually and d/b/a Luxe Lounge ("Defendant Barwick"), have entered into a settlement and that Plaintiff and Defendant Barwick would file a stipulation of dismissal. ECF No. 21 at 1. On May 16, 2013, Plaintiff and Defendant Barwick filed a stipulation of dismissal dismissing Defendant Barwick, individually and d/b/a Luxe Lounge. ECF No. 25.

However, Plaintiff has not dismissed the second Defendant in this action, Defendant Luxe Sports Bar and Lounge, LLC (the "LLC"). Plaintiff moved for default against the LLC on January 23, 2013. ECF No. 15. Default was entered on January 25, 2013. ECF No. 16. Thus, the Court cannot dismiss this case until Plaintiff also dismisses the LLC. Plaintiff shall dismiss the LLC by Monday, May 20, 2013. Accordingly, the Case Management Conference is continued from May 16, 2013 to May 29, 2013, at 2:00 p.m.

1

1    **IT IS SO ORDERED.**

2    Dated: May 16, 2013

3                                                LUCY H. KOH
                                                 United States District Judge
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.: 5:12-CV-05284-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE

United States District Court
For the Northern District of California