UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MICHAEL DENNIS BARWICK, et al., ) <br> ) <br> Defendant. ) <br> ) <br> ) | Case No.: 5:12-CV-05284-LHK <br><br> ORDER DISMISSING ALL DEFENDANTS |

On May 14, 2013, Plaintiff filed a notice stating that Plaintiff and Defendant Michael D. Barwick, individually and d/b/a Luxe Lounge ("Defendant Barwick"), have entered into a settlement and that Plaintiff and Defendant Barwick would file a stipulation of dismissal. ECF No. 21 at 1. On May 16, 2013, Plaintiff and Defendant Barwick filed a stipulation of dismissal dismissing Defendant Barwick, individually and d/b/a Luxe Lounge. ECF No. 25. Furthermore, on May 20, 2013, pursuant to this Court's Order at the Case Management Conference held on May 16, 2013, Plaintiff filed a motion requesting that Defendant Luxe Sports Bar and Lounge, LLC (the "LLC") be dismissed as well. ECF No. 27. Accordingly, the Court dismisses all Defendants from this action. However, pursuant to Plaintiff's request, the Court retains jurisdiction over this matter until July 7, 2013, in order to enforce the settlement reached between the Parties. The Clerk shall close the file.

1

Case No.: 5:12-CV-05284-LHK
ORDER DISMISSING ALL DEFENDANTS

1

2  **IT IS SO ORDERED.**

3  Dated: May 28, 2013

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge